

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2014

No. 04-14-00415-CV

Milton B. **RUSSELL**,
Appellant

v.

**CPS ENERGY,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16913
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On July 9, 2014, we reinstated this appeal on the court's docket, set the appellate record due on July 14, 2014, and ordered Appellant to show cause by July 21, 2014, that the clerk's record has been paid or he is entitled to a free clerk's record. On July 14, 2014, the Bexar County district clerk again notified this court that Appellant has failed to pay the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

On July 18, 2014, the district clerk filed the clerk's record, and Appellant filed a response to our July 9, 2014 order. In his response, Appellant noted the clerk's record has been filed and stated that no reporter's record was taken.

Our July 9, 2014 show cause order is satisfied. Appellant's brief is due on August 18, 2014. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court